793 F.2d 1292
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
GRADON MENIX AND LOIS MENIX, HIS WIFE, AND DOUG MENIX AND
TERESA MENIX, HIS WIFE, Plaintiffs-Appellants
v.
THE CHESAPEAKE & OHIO RAILWAY COMPANY, A CORPORATION AND
RAILROAD WEED CONTROL, INC., Defendants-Appellees.
 84-5789
 United States Court of Appeals, Sixth Circuit.
 5/14/86
 
 AFFIRMED
 E.D.Ky.
 ORDER
 BEFORE: ENGEL, CONTIE and RYAN, Circuit Judges.
 
 
 1
 This cause having come to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,
 
 
 2
 It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the U.S. Magistrate as adopted.